IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BROADCOM CORPORATION AND BROADCOM LTD.,<br><br>    Defendants. | CIVIL ACTION NO. 1:18-CV-01048 |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Realtime Adaptive Streaming LLC ("Plaintiff") and Defendants Broadcom Corporation and Broadcom Ltd. (n/k/a Broadcom Pte. Ltd.) (collectively, "Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief (if any) against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses or counterclaims for relief (if any) against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  September 14, 2018                    Respectfully submitted,


By: /s/ *C. Jay Chung*

**Eric B. Fenster**
Eric B. Fenster, LLC
P.O. Box 44011
Denver, CO 80201
Telephone: 720-943-3739
FAX: 720-255-0377

Email: eric@fensterlaw.net

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor,
Los Angeles, CA 90025
Telephone: 310-979-8251

Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com

**Attorneys for Plaintiff**

By: s/ *Matthew C. Holohan*
David E. Sipiora
Email: dsipiora@kilpatricktownsendcom
Matthew C. Holohan
Email: mholohan@kilpatricktownsend.com
Edward J. Mayle
Email: emayle@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: 303-571-4000
Fax: 303-571-4321

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via electronic service on September 14, 2018.

/s/ C. Jay Chung